ALAYNE C. LAUBER v. JACK D. NARBUT.

December 22, 1981.

Petition for certification denied. (See 178 *N.J.Super.* 591)

STATE OF NEW JERSEY v. DANIEL GAFFEY.

December 22, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. BENJAMIN NELSON.

December 22, 1981.

Petition for certification denied.

NEW JERSEY STATE PAROLE BOARD v. WILLIE GRAVES.

December 22, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. LEON ALFORD.

December 22, 1981.

Petition for certification denied.